J. Sherwood and Louis Harvard, partners doing business under the name of J. Sherwood & Co., Plaintiffs in Error, vs. C. C. Pedrick and C. W. Smith, partners doing business under firm name of Pedrick & Smith, Defendants in Error.

Writ of error to Circuit Court, Alachua county; William A. Hocker, Judge.

Evans Haile, for Plaintiffs in Error.

B. A. Thrasher, for Defendants in Error.

This action wa‸ brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error.

Writ of error dismissed on motion of counsel for defendants in error.